**Exhibit A to the Complaint**

**Location:** Philadelphia, PA  
**Total Works Infringed:** 45  
**IP Address:** 71.185.239.218  
**ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 435ACBFEE6F7D35AEB73DBED1A165D6A9121AAEB | Blacked | 01/11/2018 23:37:06 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 2 | 03DB55C5EA03E840CEFAFD48D35CB4CAFFBF424C | Vixen | 08/01/2017 06:22:53 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 3 | 061839DA517C8121C784459FF2EA40CF0AD2A220 | Tushy | 06/02/2017 16:19:27 | 05/31/2017 | 06/22/2017 | PA0002039299 |
| 4 | 07D621EEA74765FC0981567F5C7C895B053E76C3 | Vixen | 06/08/2017 08:39:57 | 06/03/2017 | 07/07/2017 | PA0002070834 |
| 5 | 0C38052DA135D91590C9D84E79AC21628D9E9BB6 | Tushy | 09/24/2017 16:43:15 | 09/23/2017 | 10/02/2017 | 15893930182 |
| 6 | 13E70BE2BD89EC16AA2F48C8370B7EB6CC446C52 | Tushy | 12/28/2017 15:27:03 | 12/27/2017 | 01/18/2018 | 16215823711 |
| 7 | 22883186DAB5FCA92C8513AD939652BCB867FD5C | Tushy | 08/23/2017 06:54:56 | 08/19/2017 | 08/24/2017 | 15894022311 |
| 8 | 2D77D2EA1B7AC46CDE6BA255AAEE31107E027A08 | Tushy | 12/13/2017 22:54:51 | 12/12/2017 | 01/04/2018 | PA0002069349 |
| 9 | 31577E16E1B68BF13F30BE538E1BAF66E224726A | Tushy | 08/01/2017 07:07:56 | 07/30/2017 | 08/11/2017 | 15711086778 |
| 10 | 3637879FCB7A309DC4BA4B9F7C2D9FB1905E7544 | Tushy | 09/29/2017 15:56:33 | 09/28/2017 | 10/10/2017 | 15894022733 |
| 11 | 3C75DF0338469C899BB90D1928DCB245E2B3C2CF | Blacked | 05/27/2017 17:43:34 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 12 | 41C62207ADF0D03D82414693BAA46DB231130B94 | Tushy | 11/14/2017 14:38:07 | 11/12/2017 | 11/21/2017 | 16013342441 |
| 13 | 44F6C759F4752247486CF56C77F44FEA0E1065F2 | Tushy | 11/27/2017 06:19:16 | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 14 | 49EE25346B264B09CE6DD4C2C62D52476C1D83EA | Tushy | 05/18/2017 17:02:17 | 05/16/2017 | 06/22/2017 | PA0002039300 |
| 15 | 4D82ADD27F7568F6D59A64F777E43A27BD64652E | Tushy | 11/22/2017 23:06:33 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 16 | 4F0D3D0FD3F88791F4933080453A052BE6924F22 | Tushy | 10/11/2017 13:47:37 | 10/08/2017 | 10/22/2017 | PA0002058298 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 4FF62836FC3C509617EE5DE7658EAABE045C0BA1 | Tushy | 09/15/2017 16:12:41 | 09/13/2017 | 09/25/2017 | 15894022635 |
| 18 | 530E54D481D7BE087FF8875651364C015974E71E | Tushy | 05/04/2017 20:13:02 | 04/26/2017 | 06/15/2017 | PA0002037565 |
| 19 | 56BB70E2C34826294614E489DD23500BD0D18C66 | Tushy | 05/23/2017 08:00:09 | 05/21/2017 | 06/22/2017 | PA0002039282 |
| 20 | 57265592C5C5250306EC4D4BB6CE2E5CAC8E09C5 | Tushy | 09/09/2017 14:51:28 | 09/08/2017 | 09/20/2017 | PA0002052841 |
| 21 | 62DEBABF5C6E7174BC6D60794659DE722532235B | Tushy | 07/26/2017 07:09:31 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 22 | 66882F76290D2AB7DD93C95E6BFA4DE73EB4E64F | Tushy | 06/16/2017 06:07:09 | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 23 | 6A5BB9131C42102AFD77225E52B512136BD1649B | Tushy | 01/11/2018 23:24:19 | 01/11/2018 | 01/18/2018 | 16215970391 |
| 24 | 6B275D99D1A66E30135570EE8812D4E47D076567 | Vixen | 05/11/2017 21:17:41 | 05/09/2017 | 06/22/2017 | PA0002039298 |
| 25 | 766E1C71FF552FF186850DD63CC9ECC58D923874 | Tushy | 09/06/2017 14:51:05 | 09/03/2017 | 09/10/2017 | PA0002052851 |
| 26 | 78F5DACFBD414605C47BD190F5C421E65F70B396 | Tushy | 07/13/2017 08:00:09 | 07/10/2017 | 08/17/2017 | 15732782072 |
| 27 | 8DF19B3436F03796993680F8D09478118160E94F | Tushy | 05/06/2017 19:36:36 | 05/06/2017 | 06/16/2017 | PA0002069288 |
| 28 | 933264A7E1BE372770286D56E1E2640F4BE36D81 | Tushy | 12/22/2017 23:04:32 | 12/22/2017 | 01/18/2018 | 16215823592 |
| 29 | 9B1D4E6EDB376127974B73030DAF596A03F134ED | Tushy | 10/21/2017 22:26:35 | 10/18/2017 | 11/15/2017 | 16016503463 |
| 30 | 9D18E812560E4331ED494F4912AB5E27AC63C8F2 | Tushy | 12/03/2017 15:49:14 | 12/02/2017 | 12/17/2017 | 16159649585 |
| 31 | A5FA84BEBC5D2C5A5330581452C032D90577EDC1 | Tushy | 08/06/2017 07:29:11 | 08/04/2017 | 08/17/2017 | 15732903865 |
| 32 | B30A24C236439A9B2C65C9234830190BD3026085 | Tushy | 10/24/2017 14:27:26 | 10/23/2017 | 11/15/2017 | 16013254380 |
| 33 | B316A7B2BA822FD11A7D2D2733FE8293C9BE17DC | Tushy | 06/08/2017 07:26:08 | 06/05/2017 | 07/07/2017 | PA0002074097 |
| 34 | B630489F04C8118DAEF61613C751E2E19BBBB8C8 | Tushy | 01/03/2018 06:34:34 | 01/01/2018 | 01/18/2018 | 16215970489 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | CA328163FA3ADE41786B2BE2C246F9EB7AE2EEA4 | Blacked | 06/10/2017 19:04:53 | 06/09/2017 | 07/07/2017 | PA0002070825 |
| 36 | CA6678C58C405A501AF293322491A7DBD8B843A4 | Tushy | 08/11/2017 14:08:40 | 07/15/2017 | 08/10/2017 | 15711014757 |
| 37 | CC4D89C30BD65D68546BCF62ACE381585BD879EF | Blacked | 05/04/2017 18:11:30 | 04/25/2017 | 06/15/2017 | PA0002037576 |
| 38 | D15DC5C02BBAC6429D7C3F2AAAD1F90312A0CC33 | Tushy | 08/29/2017 02:35:06 | 08/24/2017 | 08/24/2017 | PA0002052837 |
| 39 | D1FC96E10BA7748B5EB03C8BF0B6C39397B9979F | Tushy | 11/03/2017 22:26:47 | 11/02/2017 | 11/15/2017 | 16013254789 |
| 40 | D426A2D6E52831784821746CD52676CA758A10BA | Tushy | 12/08/2017 22:54:36 | 12/07/2017 | 12/17/2017 | 16159649536 |
| 41 | D62650B301D2A81356613A6E0325CE34B399EDCF | Blacked | 06/29/2017 16:06:03 | 06/24/2017 | 07/07/2017 | PA0002070822 |
| 42 | EB2486249DE6C26072552A5E7406D85E4BE43952 | Tushy | 07/02/2017 10:49:12 | 06/30/2017 | 07/07/2017 | PA0002070818 |
| 43 | EBC75FD3F24B24A008F1CB3134B8FD15ED6A438E | Tushy | 06/22/2017 17:42:55 | 06/20/2017 | 07/07/2017 | PA0002070816 |
| 44 | EE11043249D2C1362E7B74CCD7973EEECEFBAD1C | Tushy | 07/26/2017 07:19:59 | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 45 | EECBC957C07B74E8D2C3EDDF2447E1E531CFB050 | Tushy | 06/10/2017 19:35:40 | 06/10/2017 | 07/07/2017 | PA0002074096 |