**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 2:18-cv-00866-PBT |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned IP address ) | |
| 71.185.239.218, ) | |
| ) | |
| Defendant. ) | |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Kindly enter my appearance on behalf of Plaintiff, Strike 3 Holdings, LLC, in the above-captioned matter.

Dated: February 28, 2018         Respectfully submitted,

**FOX ROTHSCHILD, LLP**

By: /s/ *Christian Moffitt*
Christian Moffitt, Esq. (206770)
cmoffitt@foxrothschild.com
Andrew W. Bonekemper, Esq. (84313)
abonekemper@foxrothschild.com
10 Sentry Parkway, Suite 200
P.O. Box 3001
Blue Bell, PA 19422-3001
Tel.: (610) 397-6500
Fax: (610) 397-0450
www.foxrothschild.com
*Attorneys for Plaintiff*