# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Case No. 2:18-cv-00866-PBT |
| | ) |
| v. | ) Honorable Petrese B. Tucker |
| | ) |
| JOHN DOE, subscriber assigned IP address 71.185.239.218, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 71.185.239.218 are voluntarily dismissed with prejudice.

Dated:  October 9, 2018

Respectfully submitted,

By: /s/ *Christian Moffitt*
Christian Moffitt, Esq. (206770)
cmoffitt@foxrothschild.com
Andrew Bonekemper, Esq. (84313)
abonekemper@foxrothschild.com
Fox Rothschild LLP
10 Sentry Parkway, Suite 200
P.O. Box 3001
Blue Bell, PA  19422-3001
Tel: (610) 397-6500
Fax: (610) 397-0450
www.foxrothschild.com
*Attorneys for Plaintiff*